**2009–1586. Lathan v. Duffey.**
In Habeas Corpus. On motion for reconsideration. Motion denied.

# CASE ANNOUNCEMENTS
## *December 3, 2009*

[Cite as *12/03/2009 Case Announcements*, 2009-Ohio-6299.]

# MISCELLANEOUS DISMISSALS

**2007–1411. State ex rel. Glasgow v. Mandel.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application for dismissal,
It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2009–1950. Copeland v. Summit Cty. Probate Court.**
Summit App. No. 24648, 2009-Ohio-4860. This cause is pending before the court as a discretionary appeal. On October 26, 2009, when this appeal was filed, a check in the amount of $100 was submitted by appellant to satisfy the requirement of the docket fee imposed by R.C. 2503.17 and S.Ct.Prac.R. XV(1). This court has been informed by the Office of the Treasurer of the State of Ohio that the check was returned because of insufficient funds. Whereas R.C. 2503.17 and S.Ct.Prac.R. XV(1) require that the docket fee shall be paid before a notice of appeal is filed or a case is docketed,
It is ordered by the court, sua sponte, that this cause is dismissed.

# CASE ANNOUNCEMENTS
## *December 3, 2009*

[Cite as *12/03/2009 Case Announcements #2*, 2009-Ohio-6330.]

# MOTION AND PROCEDURAL RULINGS

**2009–0892. State ex rel. Lohn v. Medina Cty. Bd. of Cty. Commrs.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's motion to vacate the order granting a request for extension of time,
It is ordered by the court that the motion is granted in part. Respondents' merit brief shall be filed no later than December 11, 2009.

**2009–2164. State v. Nickel.**
Ottawa App. No. OT–09–001, 2009-Ohio-5996. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay of the court of appeals' judgment,
It is ordered by the court that the motion is denied.

# CASE ANNOUNCEMENTS
## *December 4, 2009*

[Cite as *12/04/09 Case Announcements*, 2009-Ohio-6320.]